IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROGER WAYNE JONES, III,           )
                                  )
          Petitioner,             )
                                  )         1:14CR37-1
     v.                           )         1:16CV655
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Defendant.              )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) (Doc. 103) and, on November 18, 2021, was served on the parties in this action (see Doc. 104). No objections were filed within the time limits prescribed by Section 636. Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 66), "Motion for Leave to File Supplemental Brief/[P]leading" (Doc. 93), and second "Motion for Leave to [F]ile Supplemental Br[ie]f/Pleading" (Doc. 95) are **DENIED.**

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, a certificate of appealability is **DENIED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of January, 2022.

                                             /s/ William L. Osteen, Jr.
                                             United States District Judge